UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

AARON MEDDAUGH,

        Plaintiff,	Case No. 1:22-cv-11312

v.	Honorable Thomas L. Ludington
    United States District Judge

GATEWAY FINANCIAL SERVICES and
SCOTT SHISLER,	Honorable Patricia T. Morris
    United States Magistrate Judge

        Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT FOR FAILURE TO STATE CLAIM**

On June 13, 2022, Plaintiff Aaron Meddaugh filed a *pro se* complaint against Defendants Gateway Financial Services and Scott Shisler under the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692–1692p, Michigan's Consumer Protection Act, MICH. COMP. LAWS § 600.5807(8), and the common law for intentional infliction of emotional distress. ECF Nos. 1; 2. The case was referred to Magistrate Judge Patricia T. Morris. ECF No. 5.

On June 22, 2022, Judge Morris issued a Report and Recommendation ("R&R") recommending that this Court dismiss the Complaint for failure to state a claim. ECF No. 7. Although the R&R states that Plaintiff may object to and seek review of the R&R within 14 days of service, he has not filed any objections. He has therefore waived his right to appeal Judge Morris's findings. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 7, is **ADOPTED**, and Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE**.


Dated: July 5, 2022	s/Thomas L. Ludington
    THOMAS L. LUDINGTON
    United States District Judge